UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 10647
   LUCAS GALIFOS
   KIMBERLY GALIFOS                       CHAPTER 13

                                          JUDGE: BRUCE W BLACK
       Debtor
   SSN XXX-XX-3183      SSN XXX-XX-8380
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/29/06 and confirmed on 11/08/06.

2. The case was dismissed after confirmation, 08/24/2007.

3. The Debtor paid a total of $ 4884.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 1386.22 | .00 | 1386.22 |
| AURORA EARTHMOVER CU | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 981.00 | .00 | 190.82 |
| AURORA EARTHMOVER CU | SECURED | .00 | .00 | .00 |
| AURORA EARTHMOVER CU | SECURED | .00 | .00 | .00 |
| AURORA EARTHMOVER CU | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8329.48 | .00 | 237.74 |
| CAPITAL ONE BANK | UNSECURED | 1737.75 | .00 | 49.60 |
| COMERCIAL CHECK CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS ALLIANCE INC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 521.41 | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL ACTION FIN SRV | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 887.67 | .00 | 25.34 |
| ROUNDUP FUNDING LLC | UNSECURED | 845.91 | .00 | 24.14 |
| ROUNDUP FUNDING LLC | UNSECURED | 1367.98 | .00 | 39.05 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PALOS COMMUNITY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PRO TURF SOLUTIONS | UNSECURED | 143.10 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PROFESSIONAL RECOVERY SE | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| CASH STORE | UNSECURED | NOT FILED | .00 | .00 |
| TRACKERS INC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1523.24 | .00 | 43.47 |
| WILLIAM GUINTA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 955.11 | .00 | 27.26 |

```
CAPITAL ONE BANK            UNSECURED         570.13              .00         16.27
CAPITAL ONE BANK            UNSECURED        1640.73              .00         46.83
CAPITAL ONE BANK            UNSECURED        1042.32              .00         29.75
CAPITAL ONE BANK            UNSECURED        1463.11              .00         41.76
RESURGENT CAPITAL SERVIC    UNSECURED        5519.88              .00        157.55
     Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED       PRIORITY     UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   2367.22          .00     26547.82         .00      28915.04
PRINCIPAL PAID       1577.04          .00       738.76         .00       2315.80
INTEREST PAID             .00         .00          .00         .00            .00
TOTAL PAID           1577.04          .00       738.76         .00       2315.80
```

The Debtor's attorney, PATRICK A MESZAROS        , was allowed $   3000.00
and was paid $    676.00   direct and $   2324.00   through the plan.

The Trustee received $    244.20 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/15/07                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 06 B 10647 LUCAS GALIFOS & KIMBERLY GALIFOS